

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

Katherine J. Weall
*Senior Counsel*
phone: (212) 356-5055
fax: (212) 356-3509
kweall@law.nyc.gov

December 6, 2019

**VIA ECF**
Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Darryl Woolfolk v. City of New York, et al.
      19-cv-03815 (WFK)(SLT)

Your Honor:

I am the Senior Counsel assigned to defend The City of New York and Police Officer Michael Baldofsky in this civil rights action. At the request of plaintiff's counsel, Andrew Bersin, I write to respectfully request an adjournment of the initial conference scheduled for Thursday, December 12, 2019 at 10:00 a.m.

Plaintiff's counsel broke his hip this summer, and as a result is incapacitated and currently unable to travel to court for the conference. He is scheduled for surgery on December 11, 2019, and believes he will be sufficiently recovered by the third week of January 2020 to attend a conference. I am available to attend a conference any time that week except for the morning and early afternoon of Friday, January 17, 2020. Mr. Bersin has suggested that Thursday, January 16 would be the best date for him that week. So Your Honor is aware, Judge Kuntz has scheduled a pre-motion conference in this case on January 23, 2020 at 1:30 p.m.

The undersigned thanks the Court for its consideration herein.

Respectfully submitted,

Katherine J. Weall

cc:   Andrew Bersin, Esq. (Via ECF)
      *Attorney for Plaintiff*