FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 30 2020 ★

BROOKLYN OFFICE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

DARRYL WOOLFOLK,

                                               Plaintiff,

        -against-

THE CITY OF NEW YORK et al.,

                                Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF PARTIAL DISMISSAL**

19 CV 03815 (WFK)(SLT)

       **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for plaintiff DARRYL WOOLFOLK and counsel for defendants THE CITY OF NEW YORK and P.O. MICHAEL BALDOFSKY that the municipal liability claim pursuant to 42 U.S.C. § 1983 against defendant THE CITY OF NEW YORK and all claims under New York State law in this action are hereby withdrawn and voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and the defendant, The City of New York is hereby dismissed from the case and the caption shall be amended accordingly.

Dated: New York, New York

       January 30, 2020

LAW OFFICE OF ANDREW BERSIN
*Attorney for Plaintiff*
11 Peter Avenue
Newburgh, New York 10314

By: _____
ANDREW BERSIN

JAMES E. JOHNSON
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York
  and P.O. Michael Baldofsky*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
KATHERINE J. WEALL
*Senior Counsel*

SO ORDERED:

s/WFK
_____
WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE

Dated: January 30, 2020