

| GEORGIA M. PESTANA | THE CITY OF NEW YORK | KATHERINE J. WEALL |
| --- | --- | --- |
| *Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | *Senior Counsel*<br>phone: (212) 356-5055<br>mobile: (646) 370-0051<br>kweall@law.nyc.gov |

July 21, 2021

**BY ECF**
Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Darryl Woolfolk v. P.O. Michael Baldofsky</u>
            19 CV 03815 (WFK) (SLT)

Your Honor:

    I am a Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York and am assigned to represent defendant Police Officer Michael Baldofsky in this civil rights action. I write to respectfully advise the Court that, as disputed issues of fact remain in this case, defendants do not intend to file a summary judgment motion, but rather intend to proceed to trial in this case.

    The parties thank the Court for its time and consideration in this matter.

                                                Respectfully submitted,

                                                /s/ *Katherine J. Weall*

                                                Katherine J. Weall
                                                Senior Counsel

cc:    Andrew Bersin, Esq. (By ECF)
        *Attorney for Plaintiff*