UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DARRYL WOOLFOLK,

                                  Plaintiff,      **NOTICE OF APPEARANCE**

               - against -                             19 CV 3815 (WFK)(ST)

POLICE OFFICER MICHAEL BALDOFSKY,

                                  Defendant.

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant Police Officer Michael Baldofsky and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
              July 5, 2022

                                                HON. SYLVIA O. HINDS-RADIX
                                                Corporation Counsel of the
                                                City of New York
                                                *Attorney for defendant Police Officer*
                                                *Michael Baldofsky*
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 356-5044

                                    By:    /s/ *Christopher G. Arko*
                                                     Christopher G. Arko
                                                     *Senior Counsel*

TO:     All Counsel (by ECF)